UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEACUBE CONTAINERS LLC, <br><br> Plaintiff, <br><br> v. <br><br> PT LINTAS KUMALA ABADI, <br><br> Defendant. | Civil Action No. 19-10201-AKH <br><br> ECF Case |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2-18-20

## FINAL DEFAULT JUDGMENT

This action having been commenced on November 3, 2019 by the filing of the Complaint, a copy of the Summons and Complaint having been served on defendant, PT Lintas Kumala Abadi, defendant not having answered the Complaint, and the time for answering the Complaint having expired and the Clerk on January 9, 2020 having issued a Certificate of Default; and

Plaintiff SeaCube Containers LLP having moved the Court for entry of a final default judgment, presenting supporting materials confirming that this Court should now enter final judgment; it is therefore

ORDERED, ADJUDGED AND DECREED: That plaintiff SeaCube Containers LLP have judgment against defendant PT Lintas Kumala Abadi in the liquidated amount of **$1,310,276.01 (One Million, Three Hundred Ten Thousand, Two Hundred Seventy Six United States Dollars and One Cent).**

Enforcement of this judgment shall not be stayed pursuant to Fed. R. Civ. P. 62(a).

Dated: New York, New York
February 1*, 2020

_____
Alvin K. Hellerstein, U.S.D.J.